**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MISSOURI

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Rolling Hills Apartments, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA Robert K. Bennett dba Rolling Hills Management**<br>**DBA Rolling Hills Apartments**<br>**DBA Rolling Hills Apts.**<br>**DBA Rolling Hills**<br>**DBA RHA** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-3804432** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**8869 Maya Lane, Apt G**<br>**Saint Louis, MO 63136**<br>Number, Street, City, State & ZIP Code<br><br>**Saint Louis**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **Rolling Hills Apartments, LLC** | Case number (*if known*) |
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | District | **Eastern District of Missouri** | When | **9/04/18** | Case number | **18-45695** |
| | District | **Eastern District of Missouri** | When | **11/01/12** | Case number | **12-49897** |

Debtor    **Rolling Hills Apartments, LLC**                                      Case number *(if known)*
　　　　　Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | _____ | Relationship _____ |
| District | _____ When _____ | Case number, if known _____ |

**11.** **Why is the case filed in *this district?***    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
　　　　　 Contact name _____
　　　　　 Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor  **Rolling Hills Apartments, LLC**                                    Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Rolling Hills Apartments, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**█** **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  9, 2021**
                        MM / DD / YYYY

**X** **/s/ Robert Keith Bennett**                                 **Robert Keith Bennett**
Signature of authorized representative of debtor            Printed name

Title    **Manager**

---

**18. Signature of attorney**

**X** **/s/ Robert E. Eggmann**                              Date    **April  9, 2021**
Signature of attorney for debtor                                         MM / DD / YYYY

**Robert E. Eggmann 37374**
Printed name

**Carmody MacDonald P.C.**
Firm name

**120 S. Central Ave., Suite 1800**
**Saint Louis, MO 63105**
Number, Street, City, State & ZIP Code

Contact phone    **314-854-8600**        Email address    **ree@carmodymacdonald.com**

**37374 MO**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Rolling Hills Apartments, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MISSOURI

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 9, 2021**          X  */s/ Robert Keith Bennett*
                                            Signature of individual signing on behalf of debtor

                                          **Robert Keith Bennett**
                                            Printed name

                                          **Manager**
                                            Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Rolling Hills Apartments, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF MISSOURI** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| John Little 8893 Maya Lane, Apt. K Saint Louis, MO 63136 | | Tenant security deposit | | | | $680.00 |
| Laclede Gas c/o Kenneth J. Bini, Esq. 1610 Des Peres Road, Suite 360 Saint Louis, MO 63131 | | Utilities | Disputed | | | $20,000.00 |
| Michael Harris 8893 Maya Lane, Apt F Saint Louis, MO 63136 | | Tenant security deposit | | | | $325.00 |
| MSD PO Box 437 Saint Louis, MO 63166 | | Judgment.  MSD may claim a judgment lien. | Disputed | | | $172,432.00 |
| Sandra White 8855 Maya Lane, Apt F Saint Louis, MO 63136 | | Tenant security deposit | | | | $200.00 |
| Tracy Cornell 8880 Maya Lane, Apt M Saint Louis, MO 63136 | | Tenant security deposit | | | | $750.00 |
| Trayce McNeal 8868 Maya Lane, Apt I Saint Louis, MO 63136 | | Tenant security deposit | | | | $950.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **Rolling Hills Apartments, LLC**

United States Bankruptcy Court for the:        EASTERN DISTRICT OF MISSOURI

Case number (if known)        _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................    $        **2,875,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................    $        **611,865.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................................    $        **3,486,865.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $        **2,582,172.58**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $        **2,905.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$        **1,167,432.00**

4. Total liabilities ...........................................................................................................
   Lines 2 + 3a + 3b                                                                       $        **3,752,509.58**

**Fill in this information to identify the case:**

Debtor name     **Rolling Hills Apartments, LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---------|---------------------------|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **U.S. Bank** | **Operating Acct** | **4671** | **$18,000.00** |
| 3.2. | **U.S. Bank** | **Payroll Account** | **3506** | **$2,700.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.           **$20,700.00**

| Part 2: | Deposits and Prepayments |
|---------|--------------------------|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ☑ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| 7.1. | **Elmore Higgins / Acct. 4001** | **$950.00** |
|---|---|---|
| 7.2. | **Heather Huntsman / Unit 8855-A** | **$895.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Rolling Hills Apartments, LLC**                                    Case number *(If known)* _____
      Name

| | | |
|---|---|---:|
| 7.3. | **Ryan Womack / Unit 8855-C** | $695.00 |
| 7.4. | **Lamarr Wright / Unit 8855-D** | $695.00 |
| 7.5. | **Bryan Dorsey / Unit 8855-E** | $795.00 |
| 7.6. | **Sandra White / Unit 8855-F** | $200.00 |
| 7.7. | **Quajina Allen / Unit 8855-G** | $895.00 |
| 7.8. | **Merrika Kinsey / Unit 8855-H** | $895.00 |
| 7.9. | **Anita Marie Bryant / Unit 8855-I** | $695.00 |
| 7.10. | **Lazavia Cozart / Unit 8855-L** | $695.00 |
| 7.11. | **Kayla Noah / Unit 8856-O** | $995.00 |
| 7.12. | **Tempsell Felton / Unit 8856-A** | $995.00 |
| 7.13. | **Karen Simmons / Unit 8856-C** | $795.00 |
| 7.14. | **Gelisa Murdoch / Unit 8856-G** | $995.00 |
| 7.15. | **Reginald Burress / Unit 8856-K** | $695.00 |
| 7.16. | **James Smallwood / Unit 8856-M** | $795.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Rolling Hills Apartments, LLC**
_____     Case number *(If known)* _____

Name

| | | |
|---|---|---|
| 7.17. | **Candace Ingram / Unit 8856-N** | $695.00 |
| 7.18. | **Antoine Williams / Unit 8856-P** | $895.00 |
| 7.19. | **Wanda Willis / Unit 8868-B** | $950.00 |
| 7.20. | **Gerald Quinn / Unit 8868-C** | $795.00 |
| 7.21. | **Frankie Hall / Unit 8868-D** | $695.00 |
| 7.22. | **Trayce McNeal / Unit 8868-I** | $950.00 |
| 7.23. | **Michael Smith / Unit 8868-K** | $750.00 |
| 7.24. | **Annette Robinson / Unit 8868-L** | $695.00 |
| 7.25. | **Josh Goggin / Unit 8868-M** | $695.00 |
| 7.26. | **Rena Allen / Unit 8869-A** | $895.00 |
| 7.27. | **Tessa Jenkins / Unit 8869-B** | $895.00 |
| 7.28. | **David Baker / Unit 8869-C** | $795.00 |
| 7.29. | **Charles McGill III / Unit 8869-D** | $795.00 |
| 7.30. | **Ni'Myha Cole / Unit 8869-H** | $895.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Rolling Hills Apartments, LLC**                                    Case number *(If known)*
_____
Name

| | | |
|---|---|---|
| 7.31. | **Cornesha Davis / Unit 8869-I** | $895.00 |
| 7.32. | **Myra Bradley / Unit 8869-J** | $995.00 |
| 7.33. | **Julie Brorsen / Unit 8869-K** | $695.00 |
| 7.34. | **Kauai Perkins / Unit 8869-N** | $795.00 |
| 7.35. | **Jennifer Simpson / Unit 8869-O** | $895.00 |
| 7.36. | **Jenae Barsh / Unit 8869-P** | $995.00 |
| 7.37. | **Marjorie Alford / Unit 8880-B** | $895.00 |
| 7.38. | **William Seddens / Unit 8880-E** | $695.00 |
| 7.39. | **Arthur Wiggins / 8880-K** | $695.00 |
| 7.40. | **Bryan Corley / Unit 8880-L** | $695.00 |
| 7.41. | **Tracy Cornell / Unit 8880-M** | $750.00 |
| 7.42. | **Randall Brown / Unit 8880-N** | $695.00 |
| 7.43. | **Madelyn Starks / Unit 8892-A** | $895.00 |
| 7.44. | **Terry Merriweather / Unit 8892-B** | $895.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Rolling Hills Apartments, LLC**        Case number *(If known)* _____
<br>Name

| | | |
|---|---|---:|
| 7.45. | **Catina Dorsey / Unit 8895-D** | **$695.00** |
| 7.46. | **Antonio Essex / Unit 8892-E** | **$695.00** |
| 7.47. | **Stephanie Moore / Unit 8892-I** | **$695.00** |
| 7.48. | **Linda Jones / Unit 8892-M** | **$695.00** |
| 7.49. | **Ezdie Taylor / Unit 8893-B** | **$950.00** |
| 7.50. | **Michael Harris / Unit 8893-F** | **$325.00** |
| 7.51. | **Lawanda Woodbury / Unit 8893-G** | **$895.00** |
| 7.52. | **Yolanda Robinson / Unit 8893-I** | **$895.00** |
| 7.53. | **John Little / Unit 8893-K** | **$680.00** |
| 7.54. | **Theophilus Franklin / Unit 8893-L** | **$695.00** |
| 7.55. | **Victor Williams / Unit 8893-M** | **$695.00** |
| 7.56. | **Harrell Kennedy / Unit 8893-N** | **$795.00** |
| 7.57. | **Alecia Wilson-Topps / Unit 8893-O** | **$895.00** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
<br>      Description, including name of holder of prepayment

Debtor    **Rolling Hills Apartments, LLC**                                   Case number *(If known)* _____
_____
Name

9.      **Total of Part 2.**                                                                    | $45,165.00 |
        Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
�■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:          **500,000.00**  -          **0.00** = ....     | $500,000.00 |
                                         face amount          doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                                | $500,000.00 |
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☐ Yes Fill in the information below.

*(Note: No. box appears filled ■)*

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☐ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials Miscellaneous Apartment Maintenance & Repair Items, Supplies, and Material; Miscellaneous Dry Goods and Liquid Goods; Miscellaneous Lumber, Window Blinds, Cabinets, HVAC Items, Water Heaters, Carpet, etc.; Refrigerators and Stoves: These are in the apartments, both occupied and vacant. Not all apartments have these and some need to be replaced; Miscellaneous Tools** | | $0.00 | | $28,000.00 |

20.     **Work in progress**

21.     **Finished goods, including goods held for resale**

Debtor   **Rolling Hills Apartments, LLC**                                      Case number *(If known)* _____
      Name

| | |
|---|---|
| **22.**   **Other inventory or supplies** | |

| | |
|---|---|
| **23.**   **Total of Part 5.**<br>Add lines 19 through 22.  Copy the total to line 84. | **$28,000.00** |

**24.**   **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**   **Office furniture**<br>**Office Equipment, Furniture, Materials & Supplies** | **$0.00** | | **$2,000.00** |
| **40.**   **Office fixtures** | | | |
| **41.**   **Office equipment, including all computer equipment and communication systems equipment and software**<br>**One computer, 2 desks, filing cabinets, 2 copiers, 5 filing cabinets, 4 chairs, miscellaneous office supplies** | **$0.00** | | **$1,000.00** |
| **42.**   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| | |
|---|---|
| **43.**   **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$3,000.00** |

**44.**   **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.**   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor **Rolling Hills Apartments, LLC**                           Case number *(If known)* _____
Name

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **8855-8893 Maya Lane, Jennings, MO 63136; Apartment complex (128 Units; consists of 8 separate buildings located at 8855, 8856, 8868, 8869, 8880, 8881, 8892, and 8893 Maya Lane (Value range of $1.5 M to $2.5M per debtor.)** | | $0.00 | | $2,750,000.00 |
| 55.2. **7737 Utica, St. Louis County , Missouri. The Debtor owns an equitable interest in this real estate as per a settlement. The real estate is not contiguous or part of the Rolling Hills Apartments project but is subject to the lien of LBC1 REO LLC.** | Equitable interest | $50,000.00 | Liquidation | $50,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    **Rolling Hills Apartments, LLC**            Case number *(If known)* _____
         Name

| | | | | |
|---|---|---|---|---|
| 55.3. | **1454 Ross, St. Louis County , Missouri. The Debtor owns an equitable interest in this real estate as per a settlement. The real estate is not contiguous or part of the Rolling Hills Apartments project but is subject to the lien of LBC1 REO LLC.** | $75,000.00 | Liquidation | $75,000.00 |

**56.**    **Total of Part 9.**                                      **$2,875,000.00**

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

    ☑ No. Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☑ Yes Fill in the information below.

                                                **Current value of debtor's interest**

**71.**    **Notes receivable**
      Description (include name of obligor)

**72.**    **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

**73.**    **Interests in insurance policies or annuities**

**74.**    **Causes of action against third parties (whether or not a lawsuit has been filed)**
      **Potential cause of action agaisnt Simmons Bank and its assignees for lender liability.**                  **Unknown**
      Nature of claim    _____
      Amount requested       **$0.00**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Rolling Hills Apartments, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **Potential casue of action against McCarthy Leonard, et. al. and John Rourke for legal malpractice.** | | **Unknown** |
| Nature of claim | | |
| Amount requested | **$0.00** | |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Approximately 100 used refrigerators, 100 used stoves (all in each rental unit)** | **$15,000.00** |

| 78. | **Total of Part 11.** | **$15,000.00** |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor    **Rolling Hills Apartments, LLC**
_____
    Case number *(if known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $20,700.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $45,165.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $500,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $28,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $2,875,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $15,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $611,865.00 | + 91b. $2,875,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,486,865.00 |

**Fill in this information to identify the case:**

Debtor name      **Rolling Hills Apartments, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MISSOURI

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **LBCI REO, LLC** | Describe debtor's property that is subject to a lien | $2,582,172.58 | $2,750,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **8855-8893 Maya Lane, Jennings, MO 63136;** | | |
| | | **Apartment complex (128 Units; consists of 8** | | |
| | **c/o Nathan E. Ross, Esq.** | **separate buildings located at 8855, 8856,** | | |
| | **Ross & Voytas, LLC** | **8868, 8869, 8880, 8881, 8892, and 8893 Maya** | | |
| | **2242 Brentwood Blvd.** | **Lane** | | |
| | **Saint Louis, MO 63144** | **(Value range of $1.5 M to $2.5M per debtor.)** | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Alleged Deed of Trust** | | |
| | | Is the creditor an insider or related party? | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No | | |
| | **2009** | ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **N/A** | As of the petition filing date, the claim is: | | |
| | **Do multiple creditors have an interest in the same property?** | Check all that apply | | |
| | ☑ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☑ Disputed | | |

| | | | |
|---|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $2,582,172.58 | |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: |
| --- |
| Debtor name **Rolling Hills Apartments, LLC** |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF MISSOURI |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|  | **Internal Revenue Service Insolvency 5334 STL P.O. Box 7346 Philadelphia, PA 19101** | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: **For notice purposes only** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$680.00** | **$680.00** |
|  | **John Little 8893 Maya Lane, Apt. K Saint Louis, MO 63136** | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: **Tenant security deposit** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes |  |  |

| Debtor | **Rolling Hills Apartments, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**2.3** Priority creditor's name and mailing address
**Michael Harris**
**8893 Maya Lane, Apt F**
**Saint Louis, MO 63136**

As of the petition filing date, the claim is: $325.00  $325.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tenant security deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

**2.4** Priority creditor's name and mailing address
**Missouri Department of Revenue**
**Bankruptcy Unit**
**P.O. Box 475**
**301 West High Street**
**Jefferson City, MO 65105**

As of the petition filing date, the claim is: $0.00  $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

**2.5** Priority creditor's name and mailing address
**Sandra White**
**8855 Maya Lane, Apt F**
**Saint Louis, MO 63136**

As of the petition filing date, the claim is: $200.00  $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tenant security deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

**2.6** Priority creditor's name and mailing address
**Tracy Cornell**
**8880 Maya Lane, Apt M**
**Saint Louis, MO 63136**

As of the petition filing date, the claim is: $750.00  $750.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tenant security deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

Debtor **Rolling Hills Apartments, LLC** _____ Case number (if known) _____
      Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $950.00 | $950.00 |
|---|---|---|---|---|

**Trayce McNeal**
**8868 Maya Lane, Apt I**
**Saint Louis, MO 63136**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tenant security deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Karl Walter Dickhaus**
**3500 Magnolia Ave.**
**Saint Louis, MO 63118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Notice Only**
**MSD Judgment**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|

**Laclede Gas**
**c/o Kenneth J. Bini, Esq.**
**1610 Des Peres Road, Suite 360**
**Saint Louis, MO 63131**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred  1/2012**

**Last 4 digits of account number  2850**

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $172,432.00 |
|---|---|---|---|

**MSD**
**PO Box 437**
**Saint Louis, MO 63166**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred  1/9/2012**

**Last 4 digits of account number  2201**

Basis for the claim: **Judgment.  MSD may claim a judgment lien.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Randall Eliot Gusdorf**
**9666 Olive Blvd.**
**Suite 211**
**Saint Louis, MO 63132**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Notice Only**
**MSD Judgment**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Robert Keith Bennett**
**8869 Maya Lane, Apt G**
**Saint Louis, MO 63136**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  4/2009 to 2012**

**Last 4 digits of account number** _

Basis for the claim: **Unpaid capital contributions**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Rolling Hills Apartments, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250,000.00** |
|---|---|---|---|

**Robert Keith Bennett**
**8869 Maya Lane, Apt G**
**Saint Louis, MO 63136**

Date(s) debt was incurred  4/2009 to 2012

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid labor

Is the claim subject to offset? ■ No  ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$700,000.00** |
|---|---|---|---|

**The Orville G. Wasson Living Trust**
**8869 Maya Lane, Apt G**
**Saint Louis, MO 63136**

Date(s) debt was incurred  4/2009 to present

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid capital contribution

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 2,905.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,167,432.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,170,337.00 |

Fill in this information to identify the case:

Debtor name **Rolling Hills Apartments, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** |
| State the term remaining | |
| List the contract number of any government contract | **Albert Donaldson** <br> **8880 Maya Lane, Apt N** <br> **Saint Louis, MO 63136** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** |
| State the term remaining | |
| List the contract number of any government contract | **Aleloli Wilson-Topps** <br> **8893-O Maya Lane** <br> **Saint Louis, MO 63136** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** |
| State the term remaining | |
| List the contract number of any government contract | **Alfred Simmons** <br> **8869 Maya Lane, Apt E** <br> **Saint Louis, MO 63136** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Apt. Rental Lease** |
| State the term remaining | |
| List the contract number of any government contract | **Alonzo Jones and Jasmine Jones** <br> **8893-H Maya Lane** <br> **Saint Louis, MO 63136** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   **Rolling Hills Apartments, LLC**                          Case number *(if known)* _____
    First Name           Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Amanda Issac**<br>**8893 Maya Lane, Apt I**<br>**Saint Louis, MO 63136** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Amber Boykin**<br>**8856 Maya Lane, Apt J**<br>**Saint Louis, MO 63136** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ambria Davis**<br>**8868 Maya Lane, Apt E**<br>**Saint Louis, MO 63136** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Angel Pruitt**<br>**8855 Maya Lane, Apt D**<br>**Saint Louis, MO 63136** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Angela Brown**<br>**8869 Maya Lane, Apt M**<br>**Saint Louis, MO 63136** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Anita Marie Bryant**<br>**8855-I Maya Lane**<br>**Saint Louis, MO 63136** |

Debtor 1  **Rolling Hills Apartments, LLC**                        Case number *(if known)* _____
            First Name           Middle Name           Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Apt. Rental Lane** | |
|---|---|---|---|
| | State the term remaining | | **Ann Clymer and Keith Tarply** |
| | List the contract number of any government contract | | **8892-M Maya Lane**<br>**Saint Louis, MO 63136** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | **Annetta Johnson** |
| | List the contract number of any government contract | | **8856 Maya Lane, Apt I**<br>**Saint Louis, MO 63136** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | **Annette Robinson** |
| | List the contract number of any government contract | | **8868-L Maya Lane**<br>**Saint Louis, MO 63136** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | **Anthea Winston** |
| | List the contract number of any government contract | | **8869 Maya Lane, Apt D**<br>**Saint Louis, MO 63136** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Apt. Rental Lease** | |
|---|---|---|---|
| | State the term remaining | | **Antoine Jones and Jennifer Mondaine** |
| | List the contract number of any government contract | | **8856-H Maya Lane**<br>**Saint Louis, MO 63136** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | **Antoine Williams**<br>**8856-P Maya Lane**<br>**Saint Louis, MO 63136** |
|---|---|---|---|

Debtor 1  **Rolling Hills Apartments, LLC**                                    Case number *(if known)* _____
　　　　　First Name　　　　　Middle Name　　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | _____ |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | **Antonio Essex** |
| | List the contract number of any government contract | _____ | **8892-E Maya Lane** **Saint Louis, MO 63136** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Apt. Rental Lease** | |
|---|---|---|---|
| | State the term remaining | | **Antonio Townsell and Audrianna Hutchinso** |
| | List the contract number of any government contract | _____ | **8893-J Maya Lane** **Saint Louis, MO 63136** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Apt. Rental Lease** | |
|---|---|---|---|
| | State the term remaining | | **Ariane Smith and Demeco Ward** |
| | List the contract number of any government contract | _____ | **8868-G Maya Lane** **Saint Louis, MO 63136** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | **Arthur Wiggins** |
| | List the contract number of any government contract | _____ | **8880-K Maya Lane** **Saint Louis, MO 63136** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | **Ashleigh Brefford** |
| | List the contract number of any government contract | _____ | **8855 Maya Lane, Apt H** **Saint Louis, MO 63136** |

Debtor 1    **Rolling Hills Apartments, LLC**                                                  Case number (*if known*) _____
     First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Asia Battle**<br>**8868 Maya Lane, Apt N**<br>**Saint Louis, MO 63136** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Apt. Rental Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Ayrion Michelle Gause and Britney D. Hopson**<br>**8893-N Maya Lane**<br>**Saint Louis, MO 63136** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Bernadette Frazier**<br>**8869 Maya Lane, Apt I**<br>**Saint Louis, MO 63136** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Bernice Brooks**<br>**8892 Maya Lane, Apt D**<br>**Saint Louis, MO 63136** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Apt. Rental Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Billy Joe Thomas and Geraldine Thomas**<br>**8855-G Maya Lane**<br>**Saint Louis, MO 63136** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | **Britney Hopson**<br>**8893 Maya Lane, Apt N**<br>**Saint Louis, MO 63136** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1   **Rolling Hills Apartments, LLC**                                    Case number *(if known)* _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | Bryan Corley 8880-L Maya Lane Saint Louis, MO 63136 |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | Bryan Dorsey 8855 Maya Lane Saint Louis, MO 63136 |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | Byron Wilson 8869 Maya Lane, Apt L Saint Louis, MO 63136 |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | Candice Ingram 8856-N Maya Lane Saint Louis, MO 63136 |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | Cassandra Willis 8856 Maya Lane, Apt M Saint Louis, MO 63136 |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | Catina Dorsey 8892-D Maya Lane Saint Louis, MO 63136 |
|---|---|---|---|

Debtor 1 **Rolling Hills Apartments, LLC**                                   Case number (*if known*) _____
　　　　　First Name　　　　　Middle Name　　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract  _____ | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | **Charles McGill III** |
| | List the contract number of any government contract | | **8869 Maya Lane** |
| | | | **Saint Louis, MO 63136** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | **Charlie Lee Seals** |
| | List the contract number of any government contract | | **8855 Maya Lane, Apt K** |
| | | | **Saint Louis, MO 63136** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | **Cherrell Adams** |
| | List the contract number of any government contract | | **8880 Maya Lane, Apt G** |
| | | | **Saint Louis, MO 63136** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | **Chibrielle Jones** |
| | List the contract number of any government contract | | **8855 Maya Lane, Apt L** |
| | | | **Saint Louis, MO 63136** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | **Chris Ramey** |
| | List the contract number of any government contract | | **8855 Maya Lane, Apt E** |
| | | | **Saint Louis, MO 63136** |

Debtor 1  **Rolling Hills Apartments, LLC**                                    Case number (*if known*) _____
     First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.39.** State what the contract or lease is for and the nature of the debtor's interest — **Apt Rental Lease - month to month**

State the term remaining

List the contract number of any government contract

    **Cormesha Davis**
    **8869-I Maya Lane**
    **Saint Louis, MO 63136**

**2.40.** State what the contract or lease is for and the nature of the debtor's interest — **Apt Rental Lease - month to month**

State the term remaining

List the contract number of any government contract

    **Cornelius McDaniel**
    **8880 Maya Lane, Apt I**
    **Saint Louis, MO 63136**

**2.41.** State what the contract or lease is for and the nature of the debtor's interest — **Apt Rental Lease - month to month**

State the term remaining

List the contract number of any government contract

    **Damon Parks**
    **8893 Maya Lane, Apt A**
    **Saint Louis, MO 63136**

**2.42.** State what the contract or lease is for and the nature of the debtor's interest — **Apt Rental Lease - month to month**

State the term remaining

List the contract number of any government contract

    **Dandre Johnson**
    **8856 Maya Lane, Apt C**
    **Saint Louis, MO 63136**

**2.43.** State what the contract or lease is for and the nature of the debtor's interest — **Apt Rental Lease - month to month**

State the term remaining

List the contract number of any government contract

    **Darren Thompson**
    **8893 Maya Lane, Apt K**
    **Saint Louis, MO 63136**

**2.44.** State what the contract or lease is for and the nature of the debtor's interest — **Apt Rental Lease - month to month**

State the term remaining

List the contract number of any

    **Darryl Barnes**
    **8880 Maya Lane, Apt C**
    **Saint Louis, MO 63136**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1   **Rolling Hills Apartments, LLC**                                    Case number (*if known*) _____
  First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract _____ | _____ |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | David Baker |
| | List the contract number of any government contract | | 8868-C Maya Lane |
| | | | Saint Louis, MO 63136 |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | Dayla Banks |
| | List the contract number of any government contract | | 8856 Maya Lane, Apt P |
| | | | Saint Louis, MO 63136 |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | Delina Ousley |
| | List the contract number of any government contract | | 8868 Maya Lane, Apt B |
| | | | Saint Louis, MO 63136 |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | Apt. Rental Lease | |
|---|---|---|---|
| | State the term remaining | | Destini Alexandria Harvey |
| | List the contract number of any government contract | | Aaryn Jordan Robinson |
| | | | 8893-D Maya Lane |
| | | | Saint Louis, MO 63136 |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | Donald Jones Jr. |
| | List the contract number of any government contract | | 8855 Maya Lane, Apt F |
| | | | Saint Louis, MO 63136 |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | Donisha McShan |
|---|---|---|---|
| | | | 8880 Maya Lane, Apt E |
| | | | Saint Louis, MO 63136 |

Debtor 1   **Rolling Hills Apartments, LLC**

First Name              Middle Name              Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining |  |
|  | List the contract number of any government contract | _____ |

---

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | Apt. Rental Lease |
|  | State the term remaining |  |
|  | List the contract number of any government contract | Dustin Price and Candace Cannon<br>8892-H Maya Lane<br>Saint Louis, MO 63136 |

---

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease -<br>month to month |
|  | State the term remaining |  |
|  | List the contract number of any government contract | Ebony Caffey<br>8868 Maya Lane, Apt A<br>Saint Louis, MO 63136 |

---

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease -<br>month to month |
|  | State the term remaining |  |
|  | List the contract number of any government contract | Eddie Simpson<br>8856 Maya Lane, Apt N<br>Saint Louis, MO 63136 |

---

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease -<br>month to month |
|  | State the term remaining |  |
|  | List the contract number of any government contract | Ericka Keith<br>8893 Maya Lane, Apt J<br>Saint Louis, MO 63136 |

---

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease -<br>month to month |
|  | State the term remaining |  |
|  | List the contract number of any government contract | Ezdie Taylor<br>8893-B Maya Lane<br>Saint Louis, MO 63136 |

---

Debtor 1  **Rolling Hills Apartments, LLC**          Case number (*if known*) _____

First Name          Middle Name          Last Name



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.56.** State what the contract or lease is for and the nature of the debtor's interest — **Apt Rental Lease - month to month**

State the term remaining

List the contract number of any government contract

**Frankie Hall**
**8868-D Maya Lane**
**Saint Louis, MO 63136**

---

**2.57.** State what the contract or lease is for and the nature of the debtor's interest — **Apt Rental Lease - month to month**

State the term remaining

List the contract number of any government contract

**Galisa Murdock**
**8856 Maya Lane**
**Saint Louis, MO 63136**

---

**2.58.** State what the contract or lease is for and the nature of the debtor's interest — **Apt Rental Lease - month to month**

State the term remaining

List the contract number of any government contract

**Gary Henderson**
**8892 Maya Lane, Apt J**
**Saint Louis, MO 63136**

---

**2.59.** State what the contract or lease is for and the nature of the debtor's interest — **Apt Rental Lease - month to month**

State the term remaining

List the contract number of any government contract

**Gerald Quinn**
**8868 Maya Lane**
**Saint Louis, MO 63136**

---

**2.60.** State what the contract or lease is for and the nature of the debtor's interest — **Apt Rental Lease - month to month**

State the term remaining

List the contract number of any government contract

**Geraldine Tanksley**
**8893 Maya Lane, Apt E**
**Saint Louis, MO 63136**

---

**2.61.** State what the contract or lease is for and the nature of the debtor's interest — **Apt. Rental Lease**

State the term remaining

List the contract number of any

**Gloria Townsend and Darren Townsend**
**8893-J Maya Lane**
**Saint Louis, MO 63136**

Debtor 1   **Rolling Hills Apartments, LLC**                                    Case number (*if known*) _____
　　　　　　First Name　　　　　　Middle Name　　　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract _____ | _____ |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | **Gregory Allen** |
| | List the contract number of any government contract | _____ | **8892 Maya Lane, Apt C Saint Louis, MO 63136** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | **Harrell Kennedy** |
| | List the contract number of any government contract | _____ | **8893-N Maya Lane Saint Louis, MO 63136** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Apt. Rental Lease** | |
|---|---|---|---|
| | State the term remaining | | **Haven Hayes and Jasmine Cooper** |
| | List the contract number of any government contract | _____ | **8892-P Maya Lane Saint Louis, MO 63136** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | **Heather Huntsman** |
| | List the contract number of any government contract | _____ | **8855A Maya Lane Saint Louis, MO 63136** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | **Jacquette Turner** |
| | List the contract number of any government contract | _____ | **8892 Maya Lane, Apt I Saint Louis, MO 63136** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | **Jake Torrence 8880 Maya Lane, Apt L Saint Louis, MO 63136** |
|---|---|---|---|

Debtor 1  **Rolling Hills Apartments, LLC**                                    Case number *(if known)* _____
      First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  |  |  |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | _____ |
| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Apt. Rental Lease** |
|  | State the term remaining | **Jake Torrence and Ronnie Washington**<br>**8892-H Maya Lane**<br>**Saint Louis, MO 63136** |
|  | List the contract number of any government contract | _____ |
| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Apt. Rental Lease** |
|  | State the term remaining | **Jalissa Sykes and Eric Anderon**<br>**8893-L Maya Lane**<br>**Saint Louis, MO 63136** |
|  | List the contract number of any government contract | _____ |
| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Apt. Rental Lease** |
|  | State the term remaining | **James Atty and Tamika Felton**<br>**8856-G Maya Lane**<br>**Saint Louis, MO 63136** |
|  | List the contract number of any government contract | _____ |
| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** |
|  | State the term remaining | **James Smallwood**<br>**8856 Maya Lane**<br>**Saint Louis, MO 63136** |
|  | List the contract number of any government contract | _____ |
| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** |
|  | State the term remaining | **Janas Barsh**<br>**8869 Maya Lane**<br>**Saint Louis, MO 63136** |
|  | List the contract number of any government contract | _____ |

Debtor 1    **Rolling Hills Apartments, LLC**                                    Case number (*if known*) _____

First Name          Middle Name          Last Name



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.73.**  State what the contract or lease is for and the nature of the debtor's interest

**Apt Rental Lease - month to month**

State the term remaining

List the contract number of any government contract

**Jeffrey Kaigler, Sr.**
**8855 Maya Lane, Apt A**
**Saint Louis, MO 63136**

---

**2.74.**  State what the contract or lease is for and the nature of the debtor's interest

**Apt Rental Lease - month to month**

State the term remaining

List the contract number of any government contract

**Jennifer Simpson**
**8869-O Maya Lane**
**Saint Louis, MO 63136**

---

**2.75.**  State what the contract or lease is for and the nature of the debtor's interest

**Apt. Rental Lease**

State the term remaining

List the contract number of any government contract

**Jerome Green**
**Toni Martin-Green**
**8856-O Maya Lane**
**Saint Louis, MO 63136**

---

**2.76.**  State what the contract or lease is for and the nature of the debtor's interest

**Apt Rental Lease - month to month**

State the term remaining

List the contract number of any government contract

**Jerricha Belk**
**8880 Maya Lane, Apt P**
**Saint Louis, MO 63136**

---

**2.77.**  State what the contract or lease is for and the nature of the debtor's interest

**Apt Rental Lease - month to month**

State the term remaining

List the contract number of any government contract

**John Little**
**8869 Maya Lane, Apt C**
**Saint Louis, MO 63136**

---

**2.78.**  State what the contract or lease is for and the nature of the debtor's interest

**Apt Rental Lease - month to month**

State the term remaining

List the contract number of any

**John Little**
**8893-K Maya Lane**
**Saint Louis, MO 63136**

Debtor 1   **Rolling Hills Apartments, LLC**                                    Case number (*if known*) _____
     First Name        Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | Josh Goggin |
| | List the contract number of any government contract | | 8868-M Maya Lane<br>Saint Louis, MO 63136 |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | Joshua Doss |
| | List the contract number of any government contract | | 8856 Maya Lane, Apt K<br>Saint Louis, MO 63136 |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | Joyce Dixon |
| | List the contract number of any government contract | | 8892 Maya Lane, Apt L<br>Saint Louis, MO 63136 |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | Juan Swingler |
| | List the contract number of any government contract | | 8868 Maya Lane, Apt F<br>Saint Louis, MO 63136 |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | Juanita Fitzpatric |
| | List the contract number of any government contract | | 8868 Maya Lane, Apt L<br>Saint Louis, MO 63136 |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | Julie Brorsen<br>8869-K Maya Lane<br>Saint Louis, MO 63136 |
|---|---|---|---|

Debtor 1   **Rolling Hills Apartments, LLC**                                    Case number (*if known*) _____
    First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | **Karen Simmons** |
| | List the contract number of any government contract _____ | | **8856 Maya Lane** **Saint Louis, MO 63136** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | **Kaual Perkins** |
| | List the contract number of any government contract _____ | | **8869-N Maya Lane** **Saint Louis, MO 63136** |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | **Keith Jones** |
| | List the contract number of any government contract _____ | | **8856 Maya Lane, Apt H** **Saint Louis, MO 63136** |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | **Kimberly Slack** |
| | List the contract number of any government contract _____ | | **8855 Maya Lane, Apt N** **Saint Louis, MO 63136** |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Apt. Rental Lane** | |
|---|---|---|---|
| | State the term remaining | | **Kirk Williams and Whitley Henderson** |
| | List the contract number of any government contract _____ | | **8892-P Maya Lane** **Saint Louis, MO 63136** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Debtor 1    **Rolling Hills Apartments, LLC**                                    Case number (*if known*) _____
　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | LaDorna Walls |
| | List the contract number of any government contract | | 8869 Maya Lane, Apt A<br>Saint Louis, MO 63136 |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | Apt. Rental Lease | |
|---|---|---|---|
| | State the term remaining | | LaKeshua Hank and Geraldine Lee |
| | List the contract number of any government contract | | 8855-O Maya Lane<br>Saint Louis, MO 63136 |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | Lamarr Wright |
| | List the contract number of any government contract | | 8855-D Maya Lane<br>Saint Louis, MO 63136 |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | Apt. Rental Lease | |
|---|---|---|---|
| | State the term remaining | | Lamont Smith Jr. and Latonya Davis |
| | List the contract number of any government contract | | 8893-C Maya Lane<br>Saint Louis, MO 63136 |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | LaRhonda Jelks |
| | List the contract number of any government contract | | 8855 Maya Lane, Apt C<br>Saint Louis, MO 63136 |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | Larra Ellis |
| | List the contract number of any | | 8868 Maya Lane, Apt H<br>Saint Louis, MO 63136 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1  **Rolling Hills Apartments, LLC**                                      Case number *(if known)* _____
    First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | _____ | _____ |
|---|---|---|---|

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
| | State the term remaining | | **Latanya Cotton** |
| | List the contract number of any government contract | | **8893 Maya Lane, Apt C** **Saint Louis, MO 63136** |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
| | State the term remaining | | **Latia Holmes** |
| | List the contract number of any government contract | | **8856 Maya Lane, Apt D** **Saint Louis, MO 63136** |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | Apt. Rental Lease | |
| | State the term remaining | | **Latoya R. Williams** **Dareon Jemond Williams** |
| | List the contract number of any government contract | | **8855-H Maya Lane** **Saint Louis, MO 63136** |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
| | State the term remaining | | **Lawanda Barnes** |
| | List the contract number of any government contract | | **8892 Maya Lane, Apt A** **Saint Louis, MO 63136** |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
| | State the term remaining | | **Lawanda Woodbury** |
| | List the contract number of any government contract | | **8893-G Maya Lane** **Saint Louis, MO 63136** |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | **Lazavia Cozart** **8855-L Maya Lane** **Saint Louis, MO 63136** |

Debtor 1   **Rolling Hills Apartments, LLC**                                          Case number *(if known)* _____
     First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining |  |
|---|---|---|
|  | List the contract number of any government contract | _____ |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
|  | State the term remaining | | |
|  | List the contract number of any government contract | | **Lee Steed**<br>**8893 Maya Lane, Apt L**<br>**Saint Louis, MO 63136** |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
|  | State the term remaining | | |
|  | List the contract number of any government contract | | **Linda Jones**<br>**8892-M Maya Lane**<br>**Saint Louis, MO 63136** |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
|  | State the term remaining | | |
|  | List the contract number of any government contract | | **Lisa Davis**<br>**8869 Maya Lane, Apt B**<br>**Saint Louis, MO 63136** |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
|  | State the term remaining | | |
|  | List the contract number of any government contract | | **Lonnie Stuckey**<br>**8869 Maya Lane, Apt N**<br>**Saint Louis, MO 63136** |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
|  | State the term remaining | | |
|  | List the contract number of any government contract | | **Madelyn Starks**<br>**8892-A Maya Lane**<br>**Saint Louis, MO 63136** |

Debtor 1   **Rolling Hills Apartments, LLC**                                          Case number *(if known)* _____
    First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.107.** State what the contract or lease is for and the nature of the debtor's interest — **Apt Rental Lease - month to month**

State the term remaining

List the contract number of any government contract

**Majorie Alford**
**8880-B Maya Lane**
**Saint Louis, MO 63136**

---

**2.108.** State what the contract or lease is for and the nature of the debtor's interest — **Apt Rental Lease - month to month**

State the term remaining

List the contract number of any government contract

**Manager**
**8855-N Maya Lane**
**Saint Louis, MO 63136**

---

**2.109.** State what the contract or lease is for and the nature of the debtor's interest — **Apt. Rental Lease**

State the term remaining

List the contract number of any government contract

**Maret Alise Taylor and**
**Thomas Lewis Oates**
**8869-J Maya Lane**
**Saint Louis, MO 63136**

---

**2.110.** State what the contract or lease is for and the nature of the debtor's interest — **Apt Rental Lease - month to month**

State the term remaining

List the contract number of any government contract

**Margaret Taylor**
**8892 Maya Lane, Apt P**
**Saint Louis, MO 63136**

---

**2.111.** State what the contract or lease is for and the nature of the debtor's interest — **Apt. Rental Lease**

State the term remaining

List the contract number of any government contract

**Mark Baldwin and Marilyn Baldwin**
**8868-E Maya Lane**
**Saint Louis, MO 63136**

---

**2.112.** State what the contract or lease is for and the nature of the debtor's interest — **Apt. Rental Lease**

State the term remaining

List the contract number of any

**Markia Butler and Keandre Bush**
**8880-B Maya Lane**
**Saint Louis, MO 63136**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1  **Rolling Hills Apartments, LLC**                                            Case number *(if known)* _____
    First Name          Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
|     government contract | |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Marsha Huffman**<br>**8892 Maya Lane, Apt N**<br>**Saint Louis, MO 63136** |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Marshael Robinson**<br>**8892 Maya Lane, Apt O**<br>**Saint Louis, MO 63136** |

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Marvette Keys**<br>**8855 Maya Lane, Apt G**<br>**Saint Louis, MO 63136** |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mary Harig**<br>**8892 Maya Lane, Apt G**<br>**Saint Louis, MO 63136** |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mernika Kinsey**<br>**8855-H Maya Lane**<br>**Saint Louis, MO 63136** |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | **Michael Harris**<br>**8893 Maya Lane, Apt F**<br>**Saint Louis, MO 63136** |
|---|---|---|---|

Debtor 1   **Rolling Hills Apartments, LLC**                                    Case number (*if known*) _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining |  |
|  | List the contract number of any government contract | _____ |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Michael Harris**<br>**8893-F Maya Lane**<br>**Saint Louis, MO 63136** |

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** |
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Michael Q. Harris, Sr.**<br>**8893 Maya Lane, Apt M**<br>**Saint Louis, MO 63136** |

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** |
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Michael Smith**<br>**8868-K Maya Lane**<br>**Saint Louis, MO 63136** |

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** |
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Milton Young**<br>**8856 Maya Lane, Apt E**<br>**Saint Louis, MO 63136** |

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** |
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Mitzi Kinzey**<br>**8892 Maya Lane, Apt E**<br>**Saint Louis, MO 63136** |

Debtor 1   **Rolling Hills Apartments, LLC**                                    Case number (*if known*) _____
          First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Monique Rasche**<br>**8880 Maya Lane, Apt K**<br>**Saint Louis, MO 63136** |

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Myra Bradley**<br>**8869 Maya Lane**<br>**Saint Louis, MO 63136** |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Natasha Edwards**<br>**8856 Maya Lane, Apt A**<br>**Saint Louis, MO 63136** |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **Apt. Rental Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Nathan Dennis and April Sattazahn**<br>**8855-B Maya Lane**<br>**Saint Louis, MO 63136** |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ni'myha Cole**<br>**8869-H Maya Lane**<br>**Saint Louis, MO 63136** |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Nyesha Williams**<br>**8893 Maya Lane, Apt P**<br>**Saint Louis, MO 63136** |

Debtor 1   **Rolling Hills Apartments, LLC**
First Name      Middle Name        Last Name        Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | Apt. Rental Lease | |
|---|---|---|---|
| | State the term remaining | | Phillip Wright |
| | List the contract number of any government contract | | Natasha Anderson-Wright |
| | | | 8856-J Maya Lane |
| | | | Saint Louis, MO 63136 |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Princess Forrest |
| | | | 8893 Maya Lane, Apt H |
| | | | Saint Louis, MO 63136 |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Qualline Allen |
| | | | 8855-G Maya Lane |
| | | | Saint Louis, MO 63136 |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Randall Brown |
| | | | 8880-N Maya Lane |
| | | | Saint Louis, MO 63136 |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Raymond Patient |
| | | | 8893 Maya Lane, Apt D |
| | | | Saint Louis, MO 63136 |

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | Reanna Salvage |
|---|---|---|---|
| | | | 8856 Maya Lane, Apt G |
| | | | Saint Louis, MO 63136 |

Debtor 1  **Rolling Hills Apartments, LLC**                                    Case number *(if known)* _____
　　　　　First Name　　　　　　Middle Name　　　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|   | State the term remaining | |
|---|---|---|
|   | List the contract number of any government contract | _____ |

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
|   | State the term remaining | | **Reginald Buress** |
|   | List the contract number of any government contract | | **8856-K Maya Lane** **Saint Louis, MO 63136** |

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | **Apt. Rental Lease** | |
|---|---|---|---|
|   | State the term remaining | | **Rhonda Ann Shannon and Ishara Rockel Shannon** |
|   | List the contract number of any government contract | | **8868-J Maya Lane** **Saint Louis, MO 63136** |

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | **Robert Odell Ray, Felicia Marie Ray, and Andria Lynn Hancock,** | |
|---|---|---|---|
|   | State the term remaining | | **Robert Odell Ray, Felicia Marie Ray, and Andria Lynn Hancock** |
|   | List the contract number of any government contract | | **8855-D Maya Lane** **Saint Louis, MO 63136** |

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
|   | State the term remaining | | **Rolling Hills Leasing** |
|   | List the contract number of any government contract | | **8869-G Maya Lane** **Saint Louis, MO 63136** |

| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
|   | State the term remaining | | **Rory Calhoun** |
|   | List the contract number of any government contract | | **8880 Maya Lane, Apt D** **Saint Louis, MO 63136** |

Debtor 1   **Rolling Hills Apartments, LLC**                                          Case number *(if known)* _____
        First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Rose Moore<br>8893 Maya Lane, Apt G<br>Saint Louis, MO 63136 |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Roymonea Wash<br>8880 Maya Lane, Apt F<br>Saint Louis, MO 63136 |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Ryan Womack<br>8855-C Maya Lane<br>Saint Louis, MO 63136 |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Sandra Ramsey<br>8868 Maya Lane, Apt C<br>Saint Louis, MO 63136 |

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Sandra White<br>8855 Maya Lane, Apt P<br>Saint Louis, MO 63136 |

| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | Sandra White<br>8855-F Maya Lane<br>Saint Louis, MO 63136 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1    **Rolling Hills Apartments, LLC**                                              Case number *(if known)* _____
           First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract _____ | _____ |

| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | **Shanice Rhodes** |
| | List the contract number of any government contract _____ | | **8880 Maya Lane, Apt H**<br>**Saint Louis, MO 63136** |

| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | **Shanika McNeal** |
| | List the contract number of any government contract _____ | | **8855 Maya Lane, Apt I**<br>**Saint Louis, MO 63136** |

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | **Shanta McGhee** |
| | List the contract number of any government contract _____ | | **8869 Maya Lane, Apt O**<br>**Saint Louis, MO 63136** |

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | **Shantay Dennis** |
| | List the contract number of any government contract _____ | | **8868 Maya Lane, Apt P**<br>**Saint Louis, MO 63136** |

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | **Shaquarius Butler** |
| | List the contract number of any government contract _____ | | **8892 Maya Lane, Apt F**<br>**Saint Louis, MO 63136** |

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | Apt. Rental Lease | **Sharnetta Frazier and**<br>**Bernadette (Deceased)**<br>**8869-I Maya Lane**<br>**Saint Louis, MO 63136** |
|---|---|---|---|

Debtor 1  **Rolling Hills Apartments, LLC**                                    Case number (*if known*) _____
    First Name           Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

       State the term remaining

       List the contract number of any
           government contract     _____

---

**2.153.** State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month**

       State the term remaining

       List the contract number of any
           government contract

**Sharon Peterson**
**8868 Maya Lane, Apt D**
**Saint Louis, MO 63136**

---

**2.154.** State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month**

       State the term remaining

       List the contract number of any
           government contract

**Sharron Peterson**
**8856 Maya Lane, Apt B**
**Saint Louis, MO 63136**

---

**2.155.** State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month**

       State the term remaining

       List the contract number of any
           government contract

**Shauntel Gales**
**8892 Maya Lane, Apt H**
**Saint Louis, MO 63136**

---

**2.156.** State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month**

       State the term remaining

       List the contract number of any
           government contract

**Shawnrecy Langston**
**8855 Maya Lane, Apt J**
**Saint Louis, MO 63136**

---

**2.157.** State what the contract or lease is for and the nature of the debtor's interest | **Apt. Rental Lease**

       State the term remaining

       List the contract number of any
           government contract

**Sheila Marie Stewart and**
**Jerome Augusta Simpson**
**8869-A Maya Lane**
**Saint Louis, MO 63136**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1    **Rolling Hills Apartments, LLC**                                         Case number (*if known*) _____
     First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.158. | State what the contract or lease is for and the nature of the debtor's interest | **Apt. Rental Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Shirley and James Black**<br>**8893-B Maya Lane**<br>**Saint Louis, MO 63136** |

| 2.159. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Shirley Black**<br>**8893 Maya Lane, Apt B**<br>**Saint Louis, MO 63136** |

| 2.160. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Soniaa Underwood**<br>**8880 Maya Lane, Apt O**<br>**Saint Louis, MO 63136** |

| 2.161. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Stephanie Moore**<br>**8892-I Maya Lane**<br>**Saint Louis, MO 63136** |

| 2.162. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Stephanie Tyler**<br>**8868 Maya Lane, Apt J**<br>**Saint Louis, MO 63136** |

| 2.163. | State what the contract or lease is for and the nature of the debtor's interest | **Apt. Rental Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | **Tabatha Bush and Carl Jones**<br>**8856-P Maya Lane**<br>**Saint Louis, MO 63136** |

Debtor 1  **Rolling Hills Apartments, LLC**                                    Case number (*if known*) _____
　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | |
|---|---|---|

| 2.164. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
| | State the term remaining | | Tamesha White |
| | List the contract number of any government contract | | 8855 Maya Lane, Apt B |
| | | | Saint Louis, MO 63136 |

| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
| | State the term remaining | | Tempsett Felton |
| | List the contract number of any government contract | | 8856 Maya Lane |
| | | | Saint Louis, MO 63136 |

| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
| | State the term remaining | | Terrell Williams |
| | List the contract number of any government contract | | 8855 Maya Lane, Apt M |
| | | | Saint Louis, MO 63136 |

| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
| | State the term remaining | | Terry Merriweather |
| | List the contract number of any government contract | | 8892-B Maya Lane |
| | | | Saint Louis, MO 63136 |

| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
| | State the term remaining | | Tessa Jenkins |
| | List the contract number of any government contract | | 8869-B Maya Lane |
| | | | Saint Louis, MO 63136 |

| 2.169. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | Theophilus Franklin |
| | | | 8893-L Maya Lane |
| | | | Saint Louis, MO 63136 |

Debtor 1  **Rolling Hills Apartments, LLC**                                    Case number *(if known)* _____
  First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | |
| | List the contract number of any government contract | _____ |

| 2.170. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Tierra Bankhead**<br>**8880 Maya Lane, Apt J**<br>**Saint Louis, MO 63136** |

| 2.171. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Tierra Gleghorn**<br>**8868 Maya Lane, Apt O**<br>**Saint Louis, MO 63136** |

| 2.172. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Tiffany Barnes**<br>**8869 Maya Lane, Apt P**<br>**Saint Louis, MO 63136** |

| 2.173. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Tiffany Irvin**<br>**8880 Maya Lane, Apt B**<br>**Saint Louis, MO 63136** |

| 2.174. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Tim Hubbard**<br>**8869 Maya Lane, Apt F**<br>**Saint Louis, MO 63136** |

| Debtor 1 | **Rolling Hills Apartments, LLC** | | | Case number *(if known)* | |
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.175.** State what the contract or lease is for and the nature of the debtor's interest    **Apt Rental Lease - month to month**

State the term remaining

List the contract number of any government contract

> **Toni Martin-Green**
> **8856 Maya Lane, Apt O**
> **Saint Louis, MO 63136**

---

**2.176.** State what the contract or lease is for and the nature of the debtor's interest    **Apt Rental Lease - month to month**

State the term remaining

List the contract number of any government contract

> **Tracy Cornell**
> **8880 Maya Lane, Apt M**
> **Saint Louis, MO 63136**

---

**2.177.** State what the contract or lease is for and the nature of the debtor's interest    **Apt Rental Lease - month to month**

State the term remaining

List the contract number of any government contract

> **Tracy Cornell**
> **8880-M Maya Lane**
> **Saint Louis, MO 63136**

---

**2.178.** State what the contract or lease is for and the nature of the debtor's interest    **Apt Rental Lease - month to month**

State the term remaining

List the contract number of any government contract

> **Trayce McNeal**
> **8868 Maya Lane, Apt I**
> **Saint Louis, MO 63136**

---

**2.179.** State what the contract or lease is for and the nature of the debtor's interest    **Apt Rental Lease - month to month**

State the term remaining

List the contract number of any government contract

> **Trayce McNeal**
> **8868-I Maya Lane**
> **Saint Louis, MO 63136**

---

**2.180.** State what the contract or lease is for and the nature of the debtor's interest    **Apt Rental Lease - month to month**

State the term remaining

List the contract number of any

> **Trenton Walker**
> **8892 Maya Lane, Apt M**
> **Saint Louis, MO 63136**

Debtor 1   **Rolling Hills Apartments, LLC**                                    Case number (*if known*) _____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.181. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | **Tylisha Starks**<br>**8868 Maya Lane, Apt G**<br>**Saint Louis, MO 63136** |
| | List the contract number of any government contract | | |

| 2.182. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | **Vanessa Finnie**<br>**8856 Maya Lane, Apt L**<br>**Saint Louis, MO 63136** |
| | List the contract number of any government contract | | |

| 2.183. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | **Vanita Hurst**<br>**8880 Maya Lane, Apt A**<br>**Saint Louis, MO 63136** |
| | List the contract number of any government contract | | |

| 2.184. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | **Vickie Stratton**<br>**8868 Maya Lane, Apt K**<br>**Saint Louis, MO 63136** |
| | List the contract number of any government contract | | |

| 2.185. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | |
|---|---|---|---|
| | State the term remaining | | **Victor Williams**<br>**8893-M Maya Lane**<br>**Saint Louis, MO 63136** |
| | List the contract number of any government contract | | |

| 2.186. | State what the contract or lease is for and the nature of the debtor's interest | Apt Rental Lease - month to month | **Victoria Staples**<br>**8856 Maya Lane, Apt F**<br>**Saint Louis, MO 63136** |
|---|---|---|---|

Debtor 1    **Rolling Hills Apartments, LLC**                                    Case number *(if known)* _____
　　　　First Name　　　　　Middle Name　　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.187. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | **Virgina Hendrix** |
| | List the contract number of any government contract _____ | | **8892 Maya Lane, Apt K**<br>**Saint Louis, MO 63136** |

| 2.188. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | **Wanda Willis** |
| | List the contract number of any government contract _____ | | **8868-B Maya Lane**<br>**Saint Louis, MO 63136** |

| 2.189. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | **William C. Bell** |
| | List the contract number of any government contract _____ | | **8892 Maya Lane, Apt B**<br>**Saint Louis, MO 63136** |

| 2.190. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | **William Seddens** |
| | List the contract number of any government contract _____ | | **8880-E Maya Lane**<br>**Saint Louis, MO 63136** |

| 2.191. | State what the contract or lease is for and the nature of the debtor's interest | **Apt Rental Lease - month to month** | |
|---|---|---|---|
| | State the term remaining | | **Yolanda Robinson** |
| | List the contract number of any government contract _____ | | **8893-I Maya Lane**<br>**Saint Louis, MO 63136** |

| Fill in this information to identify the case: |
|---|

Debtor name    **Rolling Hills Apartments, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MISSOURI

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Alan Sheehy** | **Personal Guarantee** | **LBCI REO, LLC** | ■ D __**2.1**__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Rick Alan Bennett** | **Personal Guarantee** | **LBCI REO, LLC** | ■ D __**2.1**__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Robert K. Bennett, Trustee** | | **LBCI REO, LLC** | ■ D __**2.1**__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      **Rolling Hills Apartments, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MISSOURI

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 207

### Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                     04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $66,133.91 |
    | **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other  _____ | $370,226.22 |
    | **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other  _____ | $534,156.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|
    | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
    |---|---|---|---|
    | | | | |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Rolling Hills Apartments, LLC**                                    Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| | | | |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Laclede Gas Company v. Rolling Hills Apartments LLC**<br>**Case No. 12SL-AC02850** | **Civil** | **21st Judicial Circuit, St. Louis County,** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Kathy Simmons v. Rolling Hills Apartments LLC**<br>**Case No. 12SL-SC01079** | **Civil - Small Claims** | **21st Judicial Circuit, St. Louis County,** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Robert Keith Bennett v. Alethea Ward**<br>**Case No. 11SL-AC45625-01** | **Civil** | **21st Judicial Circuit, St. Louis County,** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **Robert K. Bennett v. Christina Fowler**<br>**Case No. 12SL-AC00623** | **Civil** | **21st Judicial Circuit, St. Louis County,** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **Robert K. Bennett v. Hattie Jones**<br>**Case No. 12SL-AC00625** | **Civil** | **21st Judicial Circuit, St. Louis County,** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Rolling Hills Apartments, LLC**                                   Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **Robert K. Bennett v. Kelvin Tate**<br>**Case No. 12SL-AC00626** | **Civil** | **21st Judicial Circuit, St. Louis County,** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Robert K. Bennett v. Latoya Williams, et al.**<br>**Case No. 12SL-AC00627** | **Civil** | **21st Judicial Circuit, St. Louis County,** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Robert Keith Bennett v. Steve Stanback**<br>**Case No. 12SL-AC00028** | **Civil** | **21st Judicial Circuit, St. Louis County,** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Robert Keith Bennett v. Stephani Promise**<br>**Case No. 12SL-AC00029** | **Civil** | **21st Judicial Circuit, St. Louis County,** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Christopher Kennedy v. Rolling Hills Apartments LLC et al**<br>**Case No. 11SL-CC00974** | **Personal Injury** | **21st Judicial Circuit, St. Louis County,** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Tonya Hanks v. Rolling Hills Apartments LLC**<br>**Case No. 11SL-CC01382** | **Personal Injury** | **21st Judicial Circuit, St. Louis County,** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **Robert Keith Bennett v. Ayrion Michelle Gause**<br>**Case No.  11SL-AC38923** | **Civil** | **21st Judicial Circuit, St. Louis County,** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **Robert Keith Bennett v. Carmen Lee Gray**<br>**Case No. 11SL-AC38927** | **Civil** | **21st Judicial Circuit, St. Louis County,** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **Robert K. Bennett v. Crystal S. Louden**<br>**Case No. 11SL-AC45623** | **Civil** | **21st Judicial Circuit, St. Louis County,** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | **Robert Keith Bennett v. Alethea Ward**<br>**Case No. 11SL-AC45625** | **Civil** | **21st Judicial Circuit, St. Louis County,** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | **Robert K. Bennett v. Katherine Huntley**<br>**Case No. 11SL-AC45626** | **Civil** | **21st Judicial Circuit, St. Louis County,** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | **Robert K. Bennett v. Natasha Boyd**<br>**Case No. 11SL-AC45627** | **Civil** | **21st Judicial Circuit, St. Louis County,** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    **Rolling Hills Apartments, LLC**                                    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.18. **RHA v. Vogel Heating & Cooling** | **Breach of Contract, Unfair Billing Practices and MMPA Violations.** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. **RHA v. Joe Held & Associates** | **Accounting Malpractice, Unfair Billing, Breach of Contract.** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. **RHA v. Missouri American Water Co.** | **Breach of Contract, Unfair Billing Practices (including over billing, double billing), Conspiracy to Use Unfair Billing Practices (w/ MSD), Failure to Apply Regulations (that should favor customer), Manipulation of Water Pressures (to increase customer bills), Conversion (Misapplication of Specific Payments for Specific Accounts)** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21. **RHA v. Metropolitan Sewer District** | **Property Damage, Breach of Contract, Unfair Billing Practices (including over billing, double billing), Conspiracy to Use Unfair Billing Practices (w/ MoAmWaCo), Failure to Apply Regulations (that should favor customer), Application of Taxes (disguised as "fees"), Conversion (Misapplication of Specific Payments for Specific Accounts)** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Rolling Hills Apartments, LLC**                                   Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.22. **RHA & RKB v. State of Missouri (to include the Municipality of Jennings; St. Louis County; St. Louis County Police; Jennings Police; Specific Police Officers in the Jennings and St. Louis County Police Departments)** | **Unequal Application of the Law, Failure to Protect & Serve, Creation of Dangerous Conditions on RHA Property by selectively and repeatedly (not) enforcing the law for RHA, RKB, and its employees, Violation of RKB's (as owner operator/manager) Constitutional Rights (bringing multiple bogus charges, wrongful arrests (for performing manager duties on property as manager), wrongful imprisonments, wrongful prosecutions, etc., Conspiracy** |  | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.23. **RHA v. All Past tenants** | **Money for rent damages and/or property damages and/or other damages under the lease** |  | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24. **RHA vs. Attorneys Robert L. Swearingen (MBE# 33339), Katherine L. Lewis (MBE# 63968), Kalila J. Jackson (MBE# 61964), Samuel Hoff-Stragand, Terry L. Lawson, Jr. and their employers (or former employers) the "Meropolitan St. Louis Equal Housing & Opportunity Council" and "Legal Services of Eastern Missouri,"** | **a. Malicious Prosecution,<br>b. Abuse of Process,<br>c. Respondeat Superior,<br>d. Conspiracy,<br>e. Ethics Violations,<br>f. Libel & Slander,<br>g. Intentional Interference with Business Expectations,<br>h. Intentional Interference with Contractual Relations,** |  | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Rolling Hills Apartments, LLC**                          Case number *(if known)* _____

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.25. **RHA v. Clients of the above attorneys & organizations** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.26. **RHA v. Sandra White** | Money for rent damages and/or property damages and/or other damages under the lease | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.27. **The Metropolitan St. Louis Sewer District v. Rolling Hills Apartments, LLC 20SL-CC01818** | CC Breach of Contract | St. Louiis County Circuit Court 105 South Central Saint Louis, MO 63105 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    **Rolling Hills Apartments, LLC**                    Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Carmody MacDonald P.C. 120 S. Central Ave., Suite 1800 Saint Louis, MO 63105** | **Attorney Fees** | _____ | **$6,497.00** |
| **Email or website address ree@carmodymacdonald.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor    **Rolling Hills Apartments, LLC**                                    Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Rolling Hills Apartments, LLC**                                      Case number *(if known)* _____

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ☑ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ☑ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ☑ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Rolling Hills Apartments, LLC**<br>**8869 Maya Lane, Apt G**<br>**Saint Louis, MO 63136** | **Apartment Rental** | EIN:    **20-3804432**<br><br>From-To    **4/1/2009** |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Conner Ash P.C.**<br>**12101 Woodcrest Executive Dr.**<br>**Suite 300**<br>**Saint Louis, MO 63141** | **2019 - Present** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☑ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor    **Rolling Hills Apartments, LLC**                                    Case number *(if known)* _____

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Rolling Hills Management Group LLC**<br>**8869 Maya Lane, Apt G**<br>**Saint Louis, MO 63136** | |
| 26c.2.    **Conner Ash P.C.**<br>**12101 Woodcrest Executive Dr.**<br>**Suite 300**<br>**Saint Louis, MO 63141** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **The Orville G Wasson Living Trust** | **8869 Maya Lane Apt G** | **Trustee and Controlling Member** | **Controlling Member, 82 1/2 (Orville G. Wasson deceased. Trust beneficiaries are Robert Keith Bennett and 2 siblings)** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sheehy Rentals Inc.** | **(Allen Sheehy Sole Owner) 9440 Midland** | **Member** | **17 1/2 shares** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    **Rolling Hills Apartments, LLC**                          Case number *(if known)* _____

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **April 9, 2021**

**/s/ Robert Keith Bennett**                          **Robert Keith Bennett**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Manager**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Missouri

In re   **Rolling Hills Apartments, LLC**                                       Case No.
                                                          Debtor(s)         Chapter     **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ....................................... $ _____ **6,497.00**

    Prior to the filing of this statement I have received ............................. $ _____ **6,497.00**

    Balance Due ............................................................................ $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**April  9, 2021**                                      **/s/ Robert E. Eggmann**
*Date*                                                  **Robert E. Eggmann 37374**
                                                        *Signature of Attorney*
                                                        **Carmody MacDonald P.C.**
                                                        **120 S. Central Ave., Suite 1800**
                                                        **Saint Louis, MO 63105**
                                                        **314-854-8600  Fax: 314-854-8660**
                                                        **ree@carmodymacdonald.com**
                                                        *Name of law firm*

---

# United States Bankruptcy Court
## Eastern District of Missouri

In re  **Rolling Hills Apartments, LLC**

Case No.

Debtor(s)

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sheehy Rental Homes LLC**<br>**9440 Midland Blvd.**<br>**Saint Louis, MO 63114** | **Member** | **17.5 interest** | |
| **The Orville G. Wasson Living Trust**<br>**8869 Maya Lane, Apt G**<br>**Saint Louis, MO 63136** | **Member** | **82.5 interest** | **RKB, RAB, DKH (Siblings, beneficiary of trust)** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **April  9, 2021**

Signature  **/s/ Robert Keith Bennett**

**Robert Keith Bennett**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Missouri

In re    **Rolling Hills Apartments, LLC**                         Case No. _____

                                      Debtor(s)              Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

       The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of   **16**   page(s) and is true, correct and complete.


                                       **/s/ Robert Keith Bennett**
                                       **Robert Keith Bennett**/**Manager**
                                       Signer/Title


                       Dated:     **April  9, 2021**

Alan Sheehy

Albert Donaldson
8880 Maya Lane, Apt N
Saint Louis, MO 63136

Aleloli Wilson-Topps
8893-O Maya Lane
Saint Louis, MO 63136

Alfred Simmons
8869 Maya Lane, Apt E
Saint Louis, MO 63136

Alonzo Jones and Jasmine Jones
8893-H Maya Lane
Saint Louis, MO 63136

Amanda Issac
8893 Maya Lane, Apt I
Saint Louis, MO 63136

Amber Boykin
8856 Maya Lane, Apt J
Saint Louis, MO 63136

Ambria Davis
8868 Maya Lane, Apt E
Saint Louis, MO 63136

Angel Pruitt
8855 Maya Lane, Apt D
Saint Louis, MO 63136

Angela Brown
8869 Maya Lane, Apt M
Saint Louis, MO 63136

Anita Marie Bryant
8855-I Maya Lane
Saint Louis, MO 63136

Ann Clymer and Keith Tarply
8892-M Maya Lane
Saint Louis, MO 63136

Annetta Johnson
8856 Maya Lane, Apt I
Saint Louis, MO 63136

Annette Robinson
8868-L Maya Lane
Saint Louis, MO 63136

Anthea Winston
8869 Maya Lane, Apt D
Saint Louis, MO 63136

Antoine Jones and Jennifer Mondaine
8856-H Maya Lane
Saint Louis, MO 63136

Antoine Williams
8856-P Maya Lane
Saint Louis, MO 63136

Antonio Essex
8892-E Maya Lane
Saint Louis, MO 63136

Antonio Townsell and Audrianna Hutchinso
8893-J Maya Lane
Saint Louis, MO 63136

Ariane Smith and Demeco Ward
8868-G Maya Lane
Saint Louis, MO 63136

Arthur Wiggins
8880-K Maya Lane
Saint Louis, MO 63136

Ashleigh Brefford
8855 Maya Lane, Apt H
Saint Louis, MO 63136

Asia Battle
8868 Maya Lane, Apt N
Saint Louis, MO 63136

Ayrion Michelle Gause and
Britney D. Hopson
8893-N Maya Lane
Saint Louis, MO 63136

Bernadette Frazier
8869 Maya Lane, Apt I
Saint Louis, MO 63136

Bernice Brooks
8892 Maya Lane, Apt D
Saint Louis, MO 63136

Billy Joe Thomas and Geraldine Thomas
8855-G Maya Lane
Saint Louis, MO 63136

```
Britney Hopson
8893 Maya Lane, Apt N
Saint Louis, MO 63136

Bryan Corley
8880-L Maya Lane
Saint Louis, MO 63136

Bryan Dorsey
8855 Maya Lane
Saint Louis, MO 63136

Byron Wilson
8869 Maya Lane, Apt L
Saint Louis, MO 63136

Candice Ingram
8856-N Maya Lane
Saint Louis, MO 63136

Cassandra Willis
8856 Maya Lane, Apt M
Saint Louis, MO 63136

Catina Dorsey
8892-D Maya Lane
Saint Louis, MO 63136

Charles McGill III
8869 Maya Lane
Saint Louis, MO 63136

Charlie Lee Seals
8855 Maya Lane, Apt K
Saint Louis, MO 63136

Cherrell Adams
8880 Maya Lane, Apt G
Saint Louis, MO 63136

Chibrielle Jones
8855 Maya Lane, Apt L
Saint Louis, MO 63136

Chris Ramey
8855 Maya Lane, Apt E
Saint Louis, MO 63136

Cormesha Davis
8869-I Maya Lane
Saint Louis, MO 63136

Cornelius McDaniel
8880 Maya Lane, Apt I
Saint Louis, MO 63136
```

```
Damon Parks
8893 Maya Lane, Apt A
Saint Louis, MO 63136

Dandre Johnson
8856 Maya Lane, Apt C
Saint Louis, MO 63136

Darren Thompson
8893 Maya Lane, Apt K
Saint Louis, MO 63136

Darryl Barnes
8880 Maya Lane, Apt C
Saint Louis, MO 63136

David Baker
8868-C Maya Lane
Saint Louis, MO 63136

Dayla Banks
8856 Maya Lane, Apt P
Saint Louis, MO 63136

Delina Ousley
8868 Maya Lane, Apt B
Saint Louis, MO 63136

Destini Alexandria Harvey
Aaryn Jordan Robinson
8893-D Maya Lane
Saint Louis, MO 63136

Donald Jones Jr.
8855 Maya Lane, Apt F
Saint Louis, MO 63136

Donisha McShan
8880 Maya Lane, Apt E
Saint Louis, MO 63136

Dustin Price and Candace Cannon
8892-H Maya Lane
Saint Louis, MO 63136

Ebony Caffey
8868 Maya Lane, Apt A
Saint Louis, MO 63136

Eddie Simpson
8856 Maya Lane, Apt N
Saint Louis, MO 63136
```

```
Ericka Keith
8893 Maya Lane, Apt J
Saint Louis, MO 63136

Ezdie Taylor
8893-B Maya Lane
Saint Louis, MO 63136

Frankie Hall
8868-D Maya Lane
Saint Louis, MO 63136

Galisa Murdock
8856 Maya Lane
Saint Louis, MO 63136

Gary Henderson
8892 Maya Lane, Apt J
Saint Louis, MO 63136

Gerald Quinn
8868 Maya Lane
Saint Louis, MO 63136

Geraldine Tanksley
8893 Maya Lane, Apt E
Saint Louis, MO 63136

Gloria Townsend and Darren Townsend
8893-J Maya Lane
Saint Louis, MO 63136

Gregory Allen
8892 Maya Lane, Apt C
Saint Louis, MO 63136

Harrell Kennedy
8893-N Maya Lane
Saint Louis, MO 63136

Haven Hayes and Jasmine Cooper
8892-P Maya Lane
Saint Louis, MO 63136

Heather Huntsman
8855A Maya Lane
Saint Louis, MO 63136

Internal Revenue Service
Insolvency 5334 STL
P.O. Box 7346
Philadelphia, PA 19101
```

```
Jacquette Turner
8892 Maya Lane, Apt I
Saint Louis, MO 63136

Jake Torrence
8880 Maya Lane, Apt L
Saint Louis, MO 63136

Jake Torrence and Ronnie Washington
8892-H Maya Lane
Saint Louis, MO 63136

Jalissa Sykes and Eric Anderon
8893-L Maya Lane
Saint Louis, MO 63136

James Atty and Tamika Felton
8856-G Maya Lane
Saint Louis, MO 63136

James Smallwood
8856 Maya Lane
Saint Louis, MO 63136

Janas Barsh
8869 Maya Lane
Saint Louis, MO 63136

Jeffrey Kaigler, Sr.
8855 Maya Lane, Apt A
Saint Louis, MO 63136

Jennifer Simpson
8869-O Maya Lane
Saint Louis, MO 63136

Jerome Green
Toni Martin-Green
8856-O Maya Lane
Saint Louis, MO 63136

Jerricha Belk
8880 Maya Lane, Apt P
Saint Louis, MO 63136

John Little
8893 Maya Lane, Apt. K
Saint Louis, MO 63136

John Little
8869 Maya Lane, Apt C
Saint Louis, MO 63136
```

```
John Little
8893-K Maya Lane
Saint Louis, MO 63136

Josh Goggin
8868-M Maya Lane
Saint Louis, MO 63136

Joshua Doss
8856 Maya Lane, Apt K
Saint Louis, MO 63136

Joyce Dixon
8892 Maya Lane, Apt L
Saint Louis, MO 63136

Juan Swingler
8868 Maya Lane, Apt F
Saint Louis, MO 63136

Juanita Fitzpatric
8868 Maya Lane, Apt L
Saint Louis, MO 63136

Julie Brorsen
8869-K Maya Lane
Saint Louis, MO 63136

Karen Simmons
8856 Maya Lane
Saint Louis, MO 63136

Karl Walter Dickhaus
3500 Magnolia Ave.
Saint Louis, MO 63118

Kaual Perkins
8869-N Maya Lane
Saint Louis, MO 63136

Keith Jones
8856 Maya Lane, Apt H
Saint Louis, MO 63136

Kimberly Slack
8855 Maya Lane, Apt N
Saint Louis, MO 63136

Kirk Williams and Whitley Henderson
8892-P Maya Lane
Saint Louis, MO 63136
```

Laclede Gas
c/o Kenneth J. Bini, Esq.
1610 Des Peres Road, Suite 360
Saint Louis, MO 63131

LaDorna Walls
8869 Maya Lane, Apt A
Saint Louis, MO 63136

LaKeshua Hank and Geraldine Lee
8855-O Maya Lane
Saint Louis, MO 63136

Lamarr Wright
8855-D Maya Lane
Saint Louis, MO 63136

Lamont Smith Jr. and
Latonya Davis
8893-C Maya Lane
Saint Louis, MO 63136

LaRhonda Jelks
8855 Maya Lane, Apt C
Saint Louis, MO 63136

Larra Ellis
8868 Maya Lane, Apt H
Saint Louis, MO 63136

Latanya Cotton
8893 Maya Lane, Apt C
Saint Louis, MO 63136

Latia Holmes
8856 Maya Lane, Apt D
Saint Louis, MO 63136

Latoya R. Williams
Dareon Jemond Williams
8855-H Maya Lane
Saint Louis, MO 63136

Lawanda Barnes
8892 Maya Lane, Apt A
Saint Louis, MO 63136

Lawanda Woodbury
8893-G Maya Lane
Saint Louis, MO 63136

Lazavia Cozart
8855-L Maya Lane
Saint Louis, MO 63136

LBCI REO, LLC
c/o Nathan E. Ross, Esq.
Ross & Voytas, LLC
2242 Brentwood Blvd.
Saint Louis, MO 63144

Lee Steed
8893 Maya Lane, Apt L
Saint Louis, MO 63136

Linda Jones
8892-M Maya Lane
Saint Louis, MO 63136

Lisa Davis
8869 Maya Lane, Apt B
Saint Louis, MO 63136

Lonnie Stuckey
8869 Maya Lane, Apt N
Saint Louis, MO 63136

Madelyn Starks
8892-A Maya Lane
Saint Louis, MO 63136

Majorie Alford
8880-B Maya Lane
Saint Louis, MO 63136

Manager
8855-N Maya Lane
Saint Louis, MO 63136

Maret Alise Taylor and
Thomas Lewis Oates
8869-J Maya Lane
Saint Louis, MO 63136

Margaret Taylor
8892 Maya Lane, Apt P
Saint Louis, MO 63136

Mark Baldwin and Marilyn Baldwin
8868-E Maya Lane
Saint Louis, MO 63136

Markia Butler and Keandre Bush
8880-B Maya Lane
Saint Louis, MO 63136

Marsha Huffman
8892 Maya Lane, Apt N
Saint Louis, MO 63136

Marshael Robinson
8892 Maya Lane, Apt O
Saint Louis, MO 63136

Marvette Keys
8855 Maya Lane, Apt G
Saint Louis, MO 63136

Mary Harig
8892 Maya Lane, Apt G
Saint Louis, MO 63136

Mernika Kinsey
8855-H Maya Lane
Saint Louis, MO 63136

Michael Harris
8893 Maya Lane, Apt F
Saint Louis, MO 63136

Michael Harris
8893-F Maya Lane
Saint Louis, MO 63136

Michael Q. Harris, Sr.
8893 Maya Lane, Apt M
Saint Louis, MO 63136

Michael Smith
8868-K Maya Lane
Saint Louis, MO 63136

Milton Young
8856 Maya Lane, Apt E
Saint Louis, MO 63136

Missouri Department of Revenue
Bankruptcy Unit
P.O. Box 475
301 West High Street
Jefferson City, MO 65105

Mitzi Kinzey
8892 Maya Lane, Apt E
Saint Louis, MO 63136

Monique Rasche
8880 Maya Lane, Apt K
Saint Louis, MO 63136

MSD
PO Box 437
Saint Louis, MO 63166

Myra Bradley
8869 Maya Lane
Saint Louis, MO 63136

Natasha Edwards
8856 Maya Lane, Apt A
Saint Louis, MO 63136

Nathan Dennis and April Sattazahn
8855-B Maya Lane
Saint Louis, MO 63136

Ni'myha Cole
8869-H Maya Lane
Saint Louis, MO 63136

Nyesha Williams
8893 Maya Lane, Apt P
Saint Louis, MO 63136

Phillip Wright
Natasha Anderson-Wright
8856-J Maya Lane
Saint Louis, MO 63136

Princess Forrest
8893 Maya Lane, Apt H
Saint Louis, MO 63136

Qualline Allen
8855-G Maya Lane
Saint Louis, MO 63136

Randall Brown
8880-N Maya Lane
Saint Louis, MO 63136

Randall Eliot Gusdorf
9666 Olive Blvd.
Suite 211
Saint Louis, MO 63132

Raymond Patient
8893 Maya Lane, Apt D
Saint Louis, MO 63136

Reanna Salvage
8856 Maya Lane, Apt G
Saint Louis, MO 63136

Reginald Buress
8856-K Maya Lane
Saint Louis, MO 63136

Rhonda Ann Shannon and
Ishara Rockel Shannon
8868-J Maya Lane
Saint Louis, MO 63136

Rick Alan Bennett


Robert K. Bennett, Trustee


Robert Keith Bennett
8869 Maya Lane, Apt G
Saint Louis, MO 63136

Robert Odell Ray, Felicia Marie Ray, and
Andria Lynn Hancock
8855-D Maya Lane
Saint Louis, MO 63136

Rolling Hills Leasing
8869-G Maya Lane
Saint Louis, MO 63136

Rory Calhoun
8880 Maya Lane, Apt D
Saint Louis, MO 63136

Rose Moore
8893 Maya Lane, Apt G
Saint Louis, MO 63136

Roymonea Wash
8880 Maya Lane, Apt F
Saint Louis, MO 63136

Ryan Womack
8855-C Maya Lane
Saint Louis, MO 63136

Sandra Ramsey
8868 Maya Lane, Apt C
Saint Louis, MO 63136

Sandra White
8855 Maya Lane, Apt F
Saint Louis, MO 63136

Sandra White
8855 Maya Lane, Apt P
Saint Louis, MO 63136

Sandra White
8855-F Maya Lane
Saint Louis, MO 63136

Shanice Rhodes
8880 Maya Lane, Apt H
Saint Louis, MO 63136

Shanika McNeal
8855 Maya Lane, Apt I
Saint Louis, MO 63136

Shanta McGhee
8869 Maya Lane, Apt O
Saint Louis, MO 63136

Shantay Dennis
8868 Maya Lane, Apt P
Saint Louis, MO 63136

Shaquarius Butler
8892 Maya Lane, Apt F
Saint Louis, MO 63136

Sharnetta Frazier and
Bernadette (Deceased)
8869-I Maya Lane
Saint Louis, MO 63136

Sharon Peterson
8868 Maya Lane, Apt D
Saint Louis, MO 63136

Sharron Peterson
8856 Maya Lane, Apt B
Saint Louis, MO 63136

Shauntel Gales
8892 Maya Lane, Apt H
Saint Louis, MO 63136

Shawnrecy Langston
8855 Maya Lane, Apt J
Saint Louis, MO 63136

Sheila Marie Stewart and
Jerome Augusta Simpson
8869-A Maya Lane
Saint Louis, MO 63136

Shirley and James Black
8893-B Maya Lane
Saint Louis, MO 63136

Shirley Black
8893 Maya Lane, Apt B
Saint Louis, MO 63136

```
Soniaa Underwood
8880 Maya Lane, Apt O
Saint Louis, MO 63136

Stephanie Moore
8892-I Maya Lane
Saint Louis, MO 63136

Stephanie Tyler
8868 Maya Lane, Apt J
Saint Louis, MO 63136

Tabatha Bush and Carl Jones
8856-P Maya Lane
Saint Louis, MO 63136

Tamesha White
8855 Maya Lane, Apt B
Saint Louis, MO 63136

Tempsett Felton
8856 Maya Lane
Saint Louis, MO 63136

Terrell Williams
8855 Maya Lane, Apt M
Saint Louis, MO 63136

Terry Merriweather
8892-B Maya Lane
Saint Louis, MO 63136

Tessa Jenkins
8869-B Maya Lane
Saint Louis, MO 63136

The Orville G. Wasson Living Trust
8869 Maya Lane, Apt G
Saint Louis, MO 63136

Theophilus Franklin
8893-L Maya Lane
Saint Louis, MO 63136

Tierra Bankhead
8880 Maya Lane, Apt J
Saint Louis, MO 63136

Tierra Gleghorn
8868 Maya Lane, Apt O
Saint Louis, MO 63136

Tiffany Barnes
8869 Maya Lane, Apt P
Saint Louis, MO 63136
```

Tiffany Irvin
8880 Maya Lane, Apt B
Saint Louis, MO 63136

Tim Hubbard
8869 Maya Lane, Apt F
Saint Louis, MO 63136

Toni Martin-Green
8856 Maya Lane, Apt O
Saint Louis, MO 63136

Tracy Cornell
8880 Maya Lane, Apt M
Saint Louis, MO 63136

Tracy Cornell
8880-M Maya Lane
Saint Louis, MO 63136

Trayce McNeal
8868 Maya Lane, Apt I
Saint Louis, MO 63136

Trayce McNeal
8868-I Maya Lane
Saint Louis, MO 63136

Trenton Walker
8892 Maya Lane, Apt M
Saint Louis, MO 63136

Tylisha Starks
8868 Maya Lane, Apt G
Saint Louis, MO 63136

Vanessa Finnie
8856 Maya Lane, Apt L
Saint Louis, MO 63136

Vanita Hurst
8880 Maya Lane, Apt A
Saint Louis, MO 63136

Vickie Stratton
8868 Maya Lane, Apt K
Saint Louis, MO 63136

Victor Williams
8893-M Maya Lane
Saint Louis, MO 63136

Victoria Staples
8856 Maya Lane, Apt F
Saint Louis, MO 63136

```
Virgina Hendrix
8892 Maya Lane, Apt K
Saint Louis, MO 63136

Wanda Willis
8868-B Maya Lane
Saint Louis, MO 63136

William C. Bell
8892 Maya Lane, Apt B
Saint Louis, MO 63136

William Seddens
8880-E Maya Lane
Saint Louis, MO 63136

Yolanda Robinson
8893-I Maya Lane
Saint Louis, MO 63136
```

# United States Bankruptcy Court
### Eastern District of Missouri

In re  **Rolling Hills Apartments, LLC**

Debtor(s)

Case No. _____

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Rolling Hills Apartments, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Sheehy Rental Homes LLC
9440 Midland Blvd.
Saint Louis, MO 63114**

☐ None [*Check if applicable*]

**April  9, 2021**

Date

**/s/ Robert E. Eggmann**

**Robert E. Eggmann 37374**

Signature of Attorney or Litigant

Counsel for   **Rolling Hills Apartments, LLC**

**Carmody MacDonald P.C.**

**120 S. Central Ave., Suite 1800
Saint Louis, MO 63105
314-854-8600 Fax:314-854-8660
ree@carmodymacdonald.com**